THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **The Money Suite Company** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**Regions Financial Corporation,** )<br>)<br>Defendant. )<br>)<br>) | Case No. 1:13-cv-00987 (RGA) |

### STIPULATED DISMISSAL WITHOUT PREJUDICE OF REGIONS FINANCIAL CORPORATION

The Plaintiff The Money Suite Company and Defendant Regions Financial Corporation, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims against Regions Financial Corporation WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: November 13, 2013

Respectfully submitted,

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
bfarnan@farnanlaw.com

Marc A. Fenster*
Adam S. Hoffman*
Benjamin T. Wang*
Michael T. Boardman*
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
(310) 826-7474

mfenster@raklaw.com
ahoffman@raklaw.com
bwang@raklaw.com
mboardman@raklaw.com

***ATTORNEYS FOR PLAINTIFF THE MONEY SUITE COMPANY***


/s/ Kenneth L. Dorsney
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
Wilmington, DE 19801
Telephone: 302-888-6855
kdorsney@morrisjames.com

John M. Caracappa*
Paul A. Gennari*
STEPTOE & JOHNSON LLP
1330 Connecticut Ave. N.W.
Washington, DC 20036-1564
Telephone: 202-429-6267
Fax: 202-429-3902
jcaracappa@steptoe.com
pgennari@steptoe.com
gmiller@steptoe.com

***ATTORNEYS FOR DEFENDANT REGIONS FINANCIAL CORPORATION***

\* admitted *pro hac vice*

So ordered this 15 day of November, 2013

_____
U.S.D.C. Judge